## BROWN *v.* RAPE.

FISH, C. J. 1. On the trial of an action brought on a promissory note, parol evidence was admissible in support of a plea that the defendant was induced to sign the note by certain alleged fraud practiced upon him, by the plaintiff. *McBride* v. *Macon Telegraph Co.,* 102 *Ga.* 422 (2), 424 (30 S. E. 999).

2. The execution of the application for a policy of insurance not being proved, the court properly refused to admit it in evidence.

3. The evidence authorized the verdict, and the refusal of a new trial was not error.        *Judgment affirmed. All the Justices concur.*
JULY 13, 1911.

Complaint. Before Judge Felton. Houston superior court. May 5, 1910.

*Napier & Maynard* and *Oliver C. Hancock,* for plaintiff.